# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Misty Bailey.,

                Plaintiff(s),

vs.

Turn Key Health Clinics, LLC,

                Defendant(s).

Case Number: 20-cv-561-CVE-JFJ
Proceeding: Motion to Acc/Extend/Reset Hearing(s)/Deadlines ECF No 47 (via Telephone)
Date: 10/20/2021
Court Time: 2:00 p.m.

## MINUTE SHEET

Susan E. Huntsman, U.S. Magistrate Judge    D. Gross, Deputy Clerk    Mag Courtrrom 2

Counsel for Plaintiff: Robert Blakemore

Counsel for Defendant: Sean Snider

Minutes: Case called for Motion hearing; Motion hearing held by Telephone hearing; Both parties counsel present by telephone. Motion to Acc/Extend/Reset Hearing(s)/Deadlines ECF No 47 is hereby denied.

Court Time: 1:59 p.m. - 2:17 p.m.