IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MISTY BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>(1) TURN KEY HEALTH CLINICS, LLC,<br><br>    Defendants. | Case No.: 20-CV-00561-CVE-SH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action <u>with</u> prejudice to re-filing, as it relates to Plaintiff's claims against Defendant Turn Key Health Clinics, LLC, in the above-styled action.

Each party shall bear their own fees and costs. This dismissal with prejudice results in all claims against all Defendants being fully resolved.

Respectfully submitted,

*/s/ Sean P. Snider*
_____
SEAN P. SNIDER, OBA #22307
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: ssnider@johnsonhanan.com
*Attorney for Defendant Turn Key Health Clinics, LLC*

/s/ Robert Blakemore
_____
Daniel E. Smolen
Robert Blakemore
Byron D. Helm
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, OK 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
E-mail: danielsmolen@ssrok.com
E-mail: bobblakemore@ssrok.com
E-mail: byronhelm@ssrok.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

| | |
|---|---|
| Daniel E. Smolen | danielsmolen@ssrok.com |
| Robert Blakemore | bobblakemore@ssrok.com |
| Bryon D. Helm | bryonhelm@ssrok.com |

*/s/ Sean P. Snider*
Sean P. Snider